# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

Judge Virginia M. Kendall

It appearing that the Hon. Virginia M. Kendall is presiding in MDL 2867 (18 CV 6785, *In Re*: *Local TV Advertising Antitrust Litigation)*; and

It further appearing that 18 CV 6892, *Mowrer for Iowa v. Gray Television, Inc., et al.,* currently pending before the Hon. Manish S. Shah falls within the scope of MDL 2867; therefore

It is hereby ordered that the Clerk is to reassign 18 CV 6892, *Mowrer for Iowa v. Gray Television, Inc., et al.* to the Hon. Virginia M. Kendall and Magistrate Judge Susan E. Cox.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 29th day of October, 2018.